```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: January 26, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32130/0153772959

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steve Ly and Laura P. Avalos<br>    Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3<br>    Movant,<br>  vs.<br>Steve Ly and Laura P. Avalos, Debtors, Dale D. Ulrich, Trustee.<br><br>    Respondents. | No. 2:09-BK-32143-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #20) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 19, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3 is the current beneficiary and Steve Ly and Laura P. Avalos have an interest in, further described as:

> Lot 10, BLOCK 2, AZTEC PARK, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 20 of Maps, Page 36.
>
> EXCEPT the north 8 feet as conveyed to the City of Phoenix in Docket 1997, Page 230.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT